WILLIAM GEYER, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant, Impleaded with Another.

*Negligence — railroads — passenger on street surface car injured through collision between car and motor truck.*

*Geyer* v. *International Ry. Co.,* 210 App. Div. 574, affirmed.

(Argued April 3, 1925; decided May 5, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 12, 1924, unanimously affirming a judgment in favor of plaintiff entered upon. a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants, in consequence of a collision between one of defendant railway's street cars on which plaintiff was riding south on Main street in the city of Buffalo, and a truck owned and operated by defendant Turner. As the car approached Ferry street, the plaintiff, who had paid his fare and obtained his transfer, gave the usual stopping signal and proceeded to the rear platform in readiness to alight when the car should stop. As the car reached the stopping place the plaintiff stood with his right foot on the car step and his left on the platform, grasping an iron upright, which extended upwards from the car platform, with his hand. The car did not stop at the usual stopping place but proceeded around the curve into Ferry street. When it had so far completed the turn so that the front end was about even with the east curb line extended on Main street, and the rear end of the car was even with the easterly rail of the south-bound track on Main street the trolley suddenly stopped and the truck of the defendant Turner, which was proceeding north on Main street, and had turned west to go behind the trolley car, struck the rear step and platform of the street car, pinning the plaintiff's left leg between the fender of the truck and the car platform.

*Frederic R. Twelvetrees* for appellant.
*Karl A. McCormick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, Mc-Laughlin, Crane, Andrews and Lehman, JJ.

---

Charles C. Miller, Respondent, *v.* Union Indemnity Company, Appellant.

Anna Miller, Respondent, *v.* Union Indemnity Company, Appellant.

*Insurance — action to recover upon policy of liability insurance — defense that insured had failed to co-operate in defense of action.*

*Miller* v. *Union Indemnity Co.* (2 cases), 211 App. Div. 840, affirmed.

(Argued April 3, 1925; decided May 5, 1925.)

Appeal, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. Plaintiffs each recovered a judgment against one William A. Loree for personal injuries occasioned through his negligent operation of a motor car. Executions were issued thereon and returned unsatisfied. These actions were thereupon brought to recover the amounts of said judgments from defendant who had issued a policy of liability insurance to said Loree which was in force at the time of the accident. The defense was that the policy contained a condition or provision to the effect that Loree should at all times render to the defendant all co-operation and assistance in his power in the matter of the investigation of the accident and in the matter of the defense of the actions; that he failed to comply with that provision. On the contrary, that he willfully refused to inform the defendant of witnesses, their names or addresses, materially injuring the defendant in the matter of the defense of the actions in question.

*Frank Gibbons* for appellant.

*Karl A. McCormick* for respondents.